UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:  Christina A. Avery,

        Debtor.                               BKY 10-31356

                                         ADV _____

Chase Bank USA, N.A.,

        Plaintiff,

vs.

Christina A. Avery,

        Defendant.

-------------------------------------------------------------------------------------------------------

**COMPLAINT TO DETERMINE DISCHARGEABILITY OF A DEBT
AND FOR JUDGMENT**

Plaintiff, for its cause of action against Defendant, alleges:

I.

Defendant, Christina A. Avery, filed a petition for relief under Chapter 7 of the Title

11, United States Code, on February 28, 2010.

II.

Plaintiff, Chase Bank USA, N.A., is a creditor of Defendant.

1

### III.

This is a core proceeding over which the court has jurisdiction under Title 28, United States Code, Sections 157 and 1334 and Rule 7001 of the Federal Rules of Bankruptcy Procedure. Venue is proper in this judicial district pursuant to Title 28, United States Code, Sections 1408 and 1409.

### IV.

This is an adversary proceeding to determine the dischargeability of a debt under Title 11, United States Code, Section 523(a)(2)(A) and Section 523(a)(2)(C).

### V.

Defendant's bankruptcy schedules reflect that Defendant's total monthly income is $6,746.70 and total monthly expenses are $9,823.33; therefore, Defendant has a net monthly loss of $3,076.63 per month.

### VI.

Defendant's bankruptcy schedules reflect unsecured creditors holding claims totaling $64,333.59. Therefore, based on minimum monthly payments of 2% of the total account balances each month, the total minimum payments Defendant would have been required to pay on her accounts was over $1,286.67 each month, resulting in a total deficit of over $4,363.30 per month.

### COUNT ONE

For Count One of the Complaint, Plaintiff states and alleges the following:

## VII.

Plaintiff hereby incorporates each and every allegation contained in Paragraphs 1 through VI as though fully set forth.

## VIII.

Plaintiff issued Defendant a VISA credit card on or about December 12, 2008.

## IX.

Plaintiff is the holder of an unsecured claim against Defendant arising out of charges made by her on her VISA account with Plaintiff, with account number ending 1834.

## X.

Defendant made numerous charges totaling $3,628.52 on her VISA account with Plaintiff. A copy of the statement for the charges is attached as Exhibit "A" and is incorporated herein by reference.

## XI.

Defendant made multiple charges for luxury goods or services against her VISA account with Plaintiff between November 2009 and February 2009, in the sum of $3,628.52, and within ninety (90) days before the order for relief in Defendant's bankruptcy case.

## XII.

The indebtedness for the charges made within ninety (90) days before the order for relief in Defendant's bankruptcy case is presumed to be nondischargeable pursuant to Title 11, United States Code, Section 523(a)(2)(C).

XIII.

Defendant made the aforementioned charges against her VISA account with Plaintiff at a time when Defendant was unable to meet her existing financial obligations as they became due.

XIV.

At the time Defendant made the above-referenced charges with Plaintiff, Defendant represented that she had the ability to repay the debt to Plaintiff, when in fact, Defendant did not have the ability to repay the debt to Plaintiff.

XV.

At the time Defendant made the above-referenced charges, Defendant represented she had the intent to repay the debt, when in fact, Defendant did not intend to repay the debt to Plaintiff.

XVI.

Defendant made the representations to Plaintiff with the intention and purpose of deceiving Plaintiff.

XVII.

Plaintiff justifiably relied on Defendant's representations and Plaintiff suffered a loss as a proximate result of the representations.

XVIII.

Defendant made the above-referenced charges under false pretenses, a false representation or actual fraud, and for that reason the indebtedness to Plaintiff is nondischargeable in bankruptcy pursuant to Title 11, United States Code, Section 523(a)(2)(A) and Section 523(a)(2)(C).

**COUNT TWO**

For Count Two of the Complaint, Plaintiff states and alleges the following:

XIX.

Plaintiff states and alleges the allegations contained in Paragraphs I through XVIII as though fully set forth.

XX.

Plaintiff issued Defendant a VISA account on or about December 1, 2006.

XXI.

Plaintiff is the holder of an unsecured claim against Defendant arising out of charges made by her on her VISA account with Plaintiff, with account number ending 4171.

XXII.

Defendant made numerous charges totaling $1,114.72 on her VISA account with Plaintiff. A copy of the statement for the charges is attached as Exhibit "B" and is incorporated herein by reference.

## XXIII.

Defendant made multiple charges for luxury goods or services against her VISA account with Plaintiff between November 2009 and January 2010, in the sum of $1,114.72, and within ninety (90) days before the order for relief in Defendant's bankruptcy case.

## XXIV.

The indebtedness for the charges made within ninety (90) days before the order for relief in Defendant's bankruptcy case is presumed to be nondischargeable pursuant to Title 11, United States Code, Section 523(a)(2)(C).

## XXV.

Defendant made the aforementioned charges against her VISA account with Plaintiff at a time when Defendant was unable to meet her existing financial obligations as they became due.

## XXVI.

At the time Defendant made the above-referenced charges with Plaintiff, Defendant represented that she had the ability to repay the debt to Plaintiff, when in fact, Defendant did not have the ability to repay the debt to Plaintiff.

## XXVII.

At the time Defendant made the above-referenced charges, Defendant represented she had the intent to repay the debt, when in fact, Defendant did not intend to repay the debt to Plaintiff.

XXVIII.

Defendant made the representations to Plaintiff with the intention and purpose of deceiving Plaintiff.

XXIX.

Plaintiff justifiably relied on Defendant's representations and Plaintiff suffered a loss as a proximate result of the representations.

XXX.

Defendant made the above-referenced charges under false pretenses, a false representation or actual fraud, and for that reason the indebtedness to Plaintiff is nondischargeable in bankruptcy pursuant to Title 11, United States Code, Section 523(a)(2)(A) and Section 523(a)(2)(C).

**COUNT THREE**

For Count Three of the Complaint, Plaintiff states and alleges the following:

XXXI.

Plaintiff states and alleges the allegations contained in Paragraphs I through XXX as though fully set forth.

XXXII.

Plaintiff issued Defendant a MasterCard account on or about March 22, 2007.

XXXIII.

Plaintiff is the holder of an unsecured claim against Defendant arising out of charges made by her on her MasterCard account with Plaintiff, with account number ending 8599.

XXXIV.

Defendant made numerous charges and took cash advances totaling $3,965.97 on her MasterCard account with Plaintiff.  A copy of the statement for the charges is attached as Exhibit "C" and is incorporated herein by reference.

XXXV.

Defendant made multiple charges for luxury goods or services against her MasterCard account with Plaintiff between November 2009 and January 2010, in the sum of $965.97, and within ninety (90) days before the order for relief in Defendant's bankruptcy case.

XXXVI.

Defendant took a convenience check number 87993 made payable to herself totaling $3,000.00.  This transaction occurred within seventy (70) days before the order for relief in Defendant's bankruptcy case.

XXXVII.

The indebtedness for the charges for luxury goods or services made within ninety (90) days and cash advance within seventy (70) days before the order for relief in Defendant's bankruptcy case is presumed to be nondischargeable pursuant to Title 11, United States Code, Section 523(a)(2)©.

## XXXVIII.

Defendant made the aforementioned charges against her MasterCard account with Plaintiff at a time when Defendant was unable to meet her existing financial obligations as they became due.

## XXXIX.

At the time Defendant made the above-referenced charges and took the cash advances with Plaintiff, Defendant represented that she had the ability to repay the debt to Plaintiff, when in fact, Defendant did not have the ability to repay the debt to Plaintiff.

## XL.

At the time Defendant made the above-referenced charges, Defendant represented she had the intent to repay the debt, when in fact, Defendant did not intend to repay the debt to Plaintiff.

## XLI.

Defendant made the representations to Plaintiff with the intention and purpose of deceiving Plaintiff.

## XLII.

Plaintiff justifiably relied on Defendant's representations and Plaintiff suffered a loss as a proximate result of the representations.

XLIII.

Defendant made the above-referenced charges and took the cash advance under false pretenses, a false representation or actual fraud, and for that reason the indebtedness to Plaintiff is nondischargeable in bankruptcy pursuant to Title 11, United States Code, Section 523(a)(2)(A) and Section 523(a)(2)(C).

WHEREFORE, Plaintiff prays for judgment as follows:

1.      That this court determine the debt of Defendant, Christina A. Avery, to Plaintiff, Chase Bank USA, N.A., on Count One in the amount of $3,628.52, plus interest at the contract rate from and after February 28, 2010, is nondischargeable in bankruptcy under Title 11, United States Code, Section 523(a)(2)(A) and Section 523(a)(2((C).

2.      That this court determine the debt of Defendant, Christina A. Avery, to Plaintiff, Chase Bank USA, N.A., on Count Two in the amount of $1,114.72, plus interest at the contract rate from and after February 28, 2010, is nondischargeable in bankruptcy under Title 11, United States Code, Section 523(a)(2)(A) and Section 523(a)(2)(C).

3.      That this court determine the debt of Defendant, Christina A. Avery, to Plaintiff, Chase Bank USA, N.A., on Count Three in the amount of S3,965.97, plus interest at the contract rate from and after February 28, 2010, is nondischargeable in bankruptcy under Title 11, United States Code, Section 523(a)(2)(A) and Section 523(a)(2)(C).

4.      That Plaintiff have judgment against Defendant for its costs, disbursements and reasonable attorney's fees herein.

5.    For such other and further relief as the court may deem just and proper in the premises.

DUDLEY AND SMITH, P.A.

Dated: May 27, 2010                    By  /s/ Steven C. Opheim
                                           Steven C. Opheim
                                       Attorney for Plaintiff
                                       2602 US Bank Center
                                       101 East Fifth Street
                                       Saint Paul, Minnesota  55101
                                       Telephone No. (651) 291-1717
                                       Attorney Registration No. 169080

          Sales Draft CULVERS OF APPLE VALLE    APPLE
     VALLEY MN
     1001 8931 21-JAN-10   24266960021980010084798          350.00    22-JAN-10
          Sales Draft SMALL BUSINESS INSIGHTS L952-4
     61-5765 MN
     1001 7399 21-JAN-10   24632690022022401836905          330.00    24-JAN-10
3/10/10 Contesting Detail                    Avery    Christin 9            CAN
          Sales Draft BNI (BUSINESS NETWORKING 612-6
     649500 MN
     1001 5310 23-JAN-10   24226380024320326098496          251.93    24-JAN-10
          Sales Draft WAL-MART              APPLE
     VALLEY MN
     1001 5912 23-JAN-10   24445000024115111363736           36.67    24-JAN-10
          Sales Draft WALGREENS #9727       APPLE
     VALLEY MN
     1001 5812 23-JAN-10   24445000024115111363652           44.08    24-JAN-10
          Sales Draft FAMOUS DAVE'S #2007   APPLE
     VALLEY MN
     1001 5921 23-JAN-10   24717050024120243509293           36.36    25-JAN-10
          Sales Draft APPLE VALLEY LIQUOR 2 APPLE
     VALLEY MN
     1001 5411 24-JAN-10   24164070025091008355930          215.32    26-JAN-10
          Sales Draft TARGET        00023903 APPLE
     VALLEY MN
     1001 5912 24-JAN-10   24445000025116394278038           16.00    25-JAN-10
          Sales Draft WALGREENS #9727       APPLE
     VALLEY MN
     1001 5912 25-JAN-10   24445000026117556225832           30.19    26-JAN-10
          Sales Draft WALGREENS #9727       APPLE
3/10/10 Contesting Detail                    Avery    Christin 10           CAN
     VALLEY MN
     1001 742  26-JAN-10   24323000026123026010017           47.46    27-JAN-10
          Sales Draft CLIFF LAKE VETERINARY    EAGAN
     MN
     1001 5995 26-JAN-10   24071050027158109459747           63.19    28-JAN-10
          Sales Draft WILD BIRD STORE - EAGA   EAGAN
     MN
     1001 7399 27-JAN-10   24692160027000559419340         1152.61    27-JAN-10
          Sales Draft DELL SALES & SERVICE    866-3
     93-9460 TX
     1001 5734 29-JAN-10   24692160029000844457749          171.36    29-JAN-10
          Sales Draft INTUIT *QB FINANCE SW    888-2
     46-8848 CA
     0402 6010 05-FEB-10                                     39.00    05-FEB-10
          Debit LATE FEE
     0403 6010 11-FEB-10                                     51.86    11-FEB-10
          Purchase Finance Charge PURCHASE *INTEREST CHARGE*
     1001 5942 13-DEC-09   24692169347000748950282           49.99    14-DEC-09



          Sales Draft Amazon.com                    AMZN.
     COM/BILLWA
     1001 5942 13-DEC-09    24692169347000767652587          18.14    14-DEC-09
          Sales Draft AMAZON MKTPLACE PMTS      AMZN.
3/10/10  Contesting Detail                     Avery    Christin 11              CAN
     COM/BILLWA
     1001 5942 14-DEC-09    24692169348000889988801          19.54    15-DEC-09
          Sales Draft AMAZON MKTPLACE PMTS      AMZN.
     COM/BILLWA
     1001 5942 14-DEC-09    24692169348000907568718          54.98    15-DEC-09
          Sales Draft AMAZON MKTPLACE PMTS      AMZN.
     COM/BILLWA
     1001 5942 15-DEC-09    24692169349000011795628          49.90    16-DEC-09
          Sales Draft AMAZON MKTPLACE PMTS      AMZN.
     COM/BILLWA                                                    ----

EXHIBIT A

  

```
            O: Chase Bank USA, N.A.                    43        4171
     NAME: Avery         Christina A.
  ADDR 1: 13481 Ellsworth Ct            Home Phone: 952-423-3386
  ADDR 2:
  CITY..: Saint Paul      MN 55124      X-REF#:           SS#:XXXXX3960
  EMPLER:                        /      LINK#:            B/DATE: 10/17
  ADDR 1:
  ADDR 2:
                              Work Phone:651-247-2111
3/10/10  Contesting Detail             Avery       Christin  9            CAN
         1001 8999 01-JAN-10    2433239000300181 9212944        50.00    04-JAN-10
                  Sales Draft REPLY ! INC. 925-983-3486888-4
         668677 CA
         1001 4899 05-JAN-10    2469216000500040 8895209       484.72    06-JAN-10
                Sales Draft XM *SATELLITE RADIO       800-X
      MRADIO DC
         1001 5542 05-JAN-10    2442363000609320 3937489        48.68    07-JAN-10
                  Sales Draft MARATHON OIL 108712      APPLE
      VALLEY MN
         1001 6513 07-JAN-10    2464373000798000 5957551       154.00    08-JAN-10
                  Sales Draft REALTY EXECUTIVES RESULTS651-3
      65-0230 MN
         1001 5814 07-JAN-10    2416407000825520 4583030         5.62    10-JAN-10
                  Sales Draft SUBWAY       00357962     APPLE
        VALLEY MN
         1001 4816 09-JAN-10    2469216000900001 1776992        34.95    10-JAN-10
                  Sales Draft YAHOO *CHRISTINAAVERY    800-3
      18-0870 CA
         1001 8999 11-JAN-10    2433239000120018 38394532      219.80    13-JAN-10
                  Sales Draft REPLY ! INC. 925-983-3486888-4
         668677 CA
3/10/10  Contesting Detail             Avery       Christin 10            CAN
         0402 6010 18-JAN-10                                    39.00    18-JAN-10
                  Debit LATE FEE
         0403 6010 28-JAN-10                                   364.63    28-JAN-10
                  Purchase Finance Charge PURCHASE *FINANCE CHARGE*
         0402 6010 18-FEB-10                                    39.00    18-FEB-10
                  Debit LATE FEE
         0403 6010 28-FEB-10                                   378.66    28-FEB-10
                  Purchase Finance Charge PURCHASE INTEREST CHARGE
         1001 5541 30-JUN-09    2471705918269182 3617655        46.26    02-JUL-09
                  Sales Draft HOLIDAY STNSTORE 0316     APPLE
        VALLEY MN
         1001 8999 01-JUL-09    2433239918300143 7385406        50.00    03-JUL-09
                  Sales Draft REPLY ! INC. 925-983-3486888-4
         668677 CA
         1001 5199 01-JUL-09    2405523918320008 8400216        36.00    02-JUL-09
                  Sales Draft CONTINENTAL SIGN         RAMSE
      Y      MN
         1001 7399 06-JUL-09    2427074918899999 53100213      355.25    08-JUL-09
                  Sales Draft REALTY EXECUTIVE RESULTS MENDO
      TA HEIGHMN
         1001 5541 06-JUL-09    2471705918969189 3871771        46.61    09-JUL-09
                  Sales Draft HOLIDAY STNSTORE 3831     EAGAN
3/10/10  Contesting Detail             Avery       Christin 11            CAN
```



EXHIBIT B

MN
| | | | | | |
|---|---|---|---|---|---|
| 1001 5812 | 06-JUL-09 | 24323009188123198018561 | | 38.00 | 07-JUL-09 |

Sales Draft STEPHANO'S          BURNS

VILLE  MN

| 1001 5651 | 10-JUL-09 | 24445009192833035729744 | | 10.70 | 12-JUL-09 |
|---|---|---|---|---|---|

Sales Draft TJMAXX #0379         EAGAN

MN

| 1001 5542 | 11-JUL-09 | 24323019194131006636497 | | 52.90 | 14-JUL-09 |
|---|---|---|---|---|---|

Sales Draft ANDY'S MARKET        APPLE

VALLEY MN

| 1001 5310 | 11-JUL-09 | 24226389192320383323784 | | 535.63 | 12-JUL-09 |
|---|---|---|---|---|---|

Sales Draft WAL-MART             EAGAN

MN

| 1001 9402 | 14-JUL-09 | 24164079195418162483890 | | 10.53 | 15-JUL-09 |
|---|---|---|---|---|---|

Sales Draft USPS 26833300033400243   SAINT

PAUL  MN

| 1001 5968 | 15-JUL-09 | 24323009197123689010431 | | 389.00 | 17-JUL-09 |
|---|---|---|---|---|---|

Sales Draft GLOBAL CONNECTIONS INC    913-4

51-0960 KS

| 0108 6010 | 17-JUL-09 | 11981982700007476851461 | | 500.00 | 17-JUL-09 |
|---|---|---|---|---|---|

Payment Payment - Thank You

| | 1001 5542 | 18-JUL-09 | 24423639199842480344761 | | 41.50 | 19-JUL-09 |
|---|---|---|---|---|---|---|
| 3/10/10 Contesting Detail | | | Avery | Christin 12 | | CAN |

Sales Draft MARATHON OIL 155101 XXX  APPLE

VALLEY MN

| 1001 5912 | 21-JUL-09 | 24445009203846801513172 | | 35.77 | 23-JUL-09 |
|---|---|---|---|---|---|

Sales Draft CVS PHARMACY #0663 Q03   APPLE

VALLEY MN

| 1001 5651 | 21-JUL-09 | 24445009203846801513255 | | 36.01 | 23-JUL-09 |
|---|---|---|---|---|---|

Sales Draft TJMAXX #0327         BURNS

VILLE  MN

| 1001 5912 | 21-JUL-09 | 24445009203846398497557 | | 119.85 | 22-JUL-09 |
|---|---|---|---|---|---|

Sales Draft WALGREENS #9727      APPLE

VALLEY MN

| 1001 5411 | 23-JUL-09 | 24164079204091009020925 | | 16.92 | 24-JUL-09 |
|---|---|---|---|---|---|

Sales Draft TARGET       00023903  APPLE

VALLEY MN

| 1006 5651 | 24-JUL-09 | 74445009206850676945715 | | 21.40 | 26-JUL-09 |
|---|---|---|---|---|---|

Credit Voucher TJMAXX #0327          BURNS

VILLE  MN

| 1006 5912 | 24-JUL-09 | 74445009206850676945636 | | 10.69 | 26-JUL-09 |
|---|---|---|---|---|---|

Credit Voucher CVS PHARMACY #0663 Q03   APPLE

VALLEY MN

| 0108 6010 | 27-JUL-09 | 12082082700007598331017 | | 2609.65 | 27-JUL-09 |
|---|---|---|---|---|---|

Payment Payment - Thank You

| 3/10/10 Contesting Detail | | | Avery | Christin 13 | | CAN |
|---|---|---|---|---|---|---|
| | 0403 6010 | 28-JUL-09 | | | 242.81 | 28-JUL-09 |

Purchase Finance Charge PURCHASE *FINANCE CHARGE*

```
1001 8999 01-AUG-09    24332399214001504125555         50.00    03-AUG-09
     Sales Draft REPLY ! INC. 925-983-3486888-4
668677  CA
1001 7399 06-AUG-09    24270749219999953461949        254.00    09-AUG-09
     Sales Draft REALTY EXECUTIVE RESULTS MENDO
TA HEIGHMN
1001 5542 10-AUG-09    24224439223020000184597         50.75    11-AUG-09
     Sales Draft PDQ STORES #291          APPLE
VALLEY MN
1001 5542 14-AUG-09    24717059228692282807650         48.37    17-AUG-09
     Sales Draft HOLIDAY STNSTORE 0127    MOOSE
LAKE   MN
0108 6010 17-AUG-09    12292292700007598338922        500.00    17-AUG-09
     Payment Payment - Thank You
1001 7523 19-AUG-09    24110399232556963904770          5.00    21-AUG-09
     Sales Draft BLOCK E IMPARK           MINNE
APOLIS MN
1001 5542 19-AUG-09    24717059233692333489576         49.50    23-AUG-09
     Sales Draft HOLIDAY STNSTORE 3831    EAGAN
MN
```
3/10/10  Contesting Detail         .        Avery      Christin 14          CAN
```
1001 5960 19-AUG-09    24692169231000786547478         26.00    19-AUG-09
     Sales Draft PPL*MEMBERSHIP - R       800-6
54-7757 OK
1001 5542 27-AUG-09    24224439240020013738693         44.04    28-AUG-09
     Sales Draft SUPERAMERICA 04534       FARMI
NGTON  MN
0403 6010 28-AUG-09                                    226.58    28-AUG-09
     Purchase Finance Charge PURCHASE *FINANCE CHARGE*
1001 5968 29-AUG-09    24692169241000284523672         15.99    30-AUG-09
     Sales Draft AM GREETINGS*ECARDS      800-7
11-4474 OH
1001 5542 30-AUG-09    24224439243010000273819         24.37    31-AUG-09
     Sales Draft PDQ STORES #291          APPLE
VALLEY MN
1001 8999 01-SEP-09   ·24332399245001568091530         50.00    03-SEP-09
     Sales Draft REPLY ! INC. 925-983-3486888-4
668677  CA
1001 5111 03-SEP-09    24341299246250743010184         78.74    04-SEP-09
     Sales Draft CARTRIDGE WORLD MIN627   APPLE
VALLEY MN
1001 5541 04-SEP-09    24717059248692485979542         30.25    06-SEP-09
     Sales Draft HOLIDAY STNSTORE 3831    EAGAN
```
3/10/10  Contesting Detail                   Avery      Christin 15          CAN
```
MN
1001 5912 10-SEP-09    24445009254912106504379         34.00    11-SEP-09
     Sales Draft WALGREENS #9727          APPLE
VALLEY MN
```

EXHIBIT B

| | | | | | |
|---|---|---|---|---|---|
| 0108 6010 17-SEP-09 | 12602602700007803263407 | | 381.00 | 17-SEP-09 |
| Payment Payment - Thank You | | | | |
| 1001 7399 22-SEP-09 | 24270749266999953129118 | | 54.00 | 24-SEP-09 |
| Sales Draft REALTY EXECUTIVE RESULTS SAIN | | | | |
| PAUL    MN | | | | |
| 0108 6010 23-SEP-09 | 12662662700007917941709 | | 400.00 | 23-SEP-09 |
| Payment Payment - Thank You | | | | |
| 0403 6010 28-SEP-09 | | | 228.28 | 28-SEP-09 |
| Purchase Finance Charge PURCHASE *FINANCE CHARGE* | | | | |
| 1001 8999 01-OCT-09 | 24332399275001630089812 | | 50.00 | 04-OCT-09 |
| Sales Draft REPLY ! INC. 925-983-3486888-4 | | | | |
| 668677  CA | | | | |
| 0108 6010 03-OCT-09 | 12762762700007973554070 | | 1231.68 | 04-OCT-09 |
| Payment Payment - Thank You | | | | |
| 1001 7399 05-OCT-09 | 24270749279999953414705 | | 154.00 | 07-OCT-09 |
| Sales Draft REALTY EXECUTIVE RESULTS SAIN | | | | |
| PAUL    MN | | | | |
| 1001 5968 11-OCT-09 | 24692169284000186157791 | | 19.99 | 12-OCT-09 |

| | | | | |
|---|---|---|---|---|
| 3/10/10 | Contesting Detail | Avery | Christin 16 | CAN |
| | Sales Draft AM GREETINGS*CREATPRNT    800-7 | | | |
| | 11-4474 OH | | | |

| | | | | |
|---|---|---|---|---|
| 0108 6010 18-OCT-09 | 12912912700007973562883 | | 380.00 | 18-OCT-09 |
| Payment Payment - Thank You | | | | |
| 0403 6010 28-OCT-09 | | | 282.87 | 28-OCT-09 |
| Purchase Finance Charge PURCHASE *FINANCE CHARGE* | | | | |
| 1001 8999 01-NOV-09 | 24332399306001691740132 | | 50.00 | 03-NOV-09 |
| Sales Draft REPLY ! INC. 925-983-3486888-4 | | | | |
| 668677  CA | | | | |
| 1001 8641 04-NOV-09 | 24493989308286001907098 | | 415.00 | 05-NOV-09 |
| Sales Draft REALTOR ASSOCIATION/MLS  312-3 | | | | |
| 29-8245 IL | | | | |
| 1001 7399 05-NOV-09 | 24270749310999953405571 | | 154.00 | 08-NOV-09 |
| Sales Draft REALTY EXECUTIVE RESULTS SAIN | | | | |
| PAUL    MN | | | | |
| 1001 5542 14-NOV-09 | 24717059320693203365510 | | 51.71 | 17-NOV-09 |
| Sales Draft HOLIDAY STNSTORE 3831    EAGAN | | | | |
| MN | | | | |
| 0108 6010 17-NOV-09 | 13213212700008169707729 | | 500.00 | 17-NOV-09 |
| Payment Payment - Thank You | | | | |
| 1001 4899 18-NOV-09 | 24692169322000451223413 | | 289.85 | 18-NOV-09 |
| Sales Draft CHARTER COMM    888-4 | | | | |

| | | | | |
|---|---|---|---|---|
| 3/10/10 | Contesting Detail | Avery | Christin 17 | CAN |
| | 38-2427 MN | | | |

| | | | | |
|---|---|---|---|---|
| 1001 7399 19-NOV-09 | 24224439325101050044498 | | 175.68 | 22-NOV-09 |
| Sales Draft AFFORDABLE LOCKSMI    551-9 | | | | |
| 98-3383 IL | | | | |
| 1001 5541 24-NOV-09 | 24717059329693293961427 | | 62.82 | 27-NOV-09 |
| Sales Draft HOLIDAY STNSTORE 3831    EAGAN | | | | |

EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1001 5965 24-NOV-09 | 2471705932873328486933337 | | 630.00 | 25-NOV-09 | |
| | Sales Draft ENTERTAINMENT BOOK | 888-2 | | | | |
| 317283 MI | | | | | | |
| | 0403 6010 27-NOV-09 | | | 303.05 | 27-NOV-09 | |
| | Purchase Finance Charge PURCHASE *FINANCE CHARGE* | | | | | |
| | 1001 5541 29-NOV-09 | 2471705933469334386961 | | 66.97 | 01-DEC-09 | |
| | Sales Draft HOLIDAY STNSTORE 0311 | FORES | | | | |
| T LAKE MN | | | | | | |
| | 1001 8999 01-DEC-09 | 2433239933600175119845 | | 50.00 | 03-DEC-09 | |
| | Sales Draft REPLY ! INC. 925-983-3486888-4 | | | | | |
| 668677 CA | | | | | | |
| | 1001 5812 03-DEC-09 | 2439900933897554029890 | | 33.00 | 06-DEC-09 | |
| | Sales Draft PERKINS | 00011841 | EAGAN | | | |
| MN | | | | | | |
| | 1001 5111 03-DEC-09 | 2434129933725081901017 | | 51.42 | 04-DEC-09 | |
| 3/10/10 Contesting Detail | | Avery | Christin 18 | | | CAN |
| | Sales Draft CARTRIDGE WORLD MIN627 | APPLE | | | | |
| VALLEY MN | | | | | | |
| | 1001 5542 07-DEC-09 | 2432301934313100054894 | | 47.62 | 10-DEC-09 | |
| | Sales Draft ANDY'S MARKET | APPLE | | | | |
| VALLEY MN | | | | | | |
| | 1001 6513 09-DEC-09 | 2464373934398000595750 | | 154.00 | 10-DEC-09 | |
| | Sales Draft REALTY EXECUTIVES RESULTS651-3 | | | | | |
| 65-0230 MN | | | | | | |
| | 1001 5499 11-DEC-09 | 2405523934620094990039 | | 27.24 | 13-DEC-09 | |
| | Sales Draft APPLE VALLEY MARATHON | APPLE | | | | |
| VALLEY MN | | | | | | |
| | 1001 5814 16-DEC-09 | 2422443935110302992310 | | 74.08 | 17-DEC-09 | |
| | Sales Draft MOLLY COOLS OF LAK | LAKEV | | | | |
| ILLE MN | | | | | | |
| | 1001 5912 17-DEC-09 | 2444500935206541765787 | | 43.29 | 18-DEC-09 | |
| | Sales Draft WALGREENS #9727 | APPLE | | | | |
| VALLEY MN | | | | | | |
| | 0402 6010 18-DEC-09 | | | 39.00 | 18-DEC-09 | |
| | Debit LATE FEE | | | | | |
| | 1001 4899 19-DEC-09 | 2469216935300080199375 | | 153.26 | 20-DEC-09 | |
| | Sales Draft CHARTER COMM | 888-4 | | | | |
| 38-2427 MN | | | | | | |
| 3/10/10 Contesting Detail | | Avery | Christin 19 | | | CAN |
| | 1001 5542 20-DEC-09 | 2471705935569355370362 | | 46.95 | 22-DEC-09 | |
| | Sales Draft HOLIDAY STNSTORE 3870 | COTTA | | | | |
| GE GROVEMN | | | | | | |
| | 1001 9402 22-DEC-09 | 2416407935641819246792 | | 13.32 | 23-DEC-09 | |
| | Sales Draft USPS 26833300033400243 | SAINT | | | | |
| PAUL MN | | | | | | |
| | 1001 5542 23-DEC-09 | 2471705935825358007155 | | 48.29 | 27-DEC-09 | |
| | Sales Draft FAST BREAK CORNER MARKET LINO | | | | | |

EXHIBIT B

LAKES   MN
```
0403 6010 28-DEC-09                                    323.30    28-DEC-09
     Purchase Finance Charge PURCHASE *FINANCE CHARGE*
1001 5541 29-DEC-09     2432301936457436301046           9.00    31-DEC-09
     Sales Draft ANDY'S MARKET           APPLE
VALLEY MN
1001 5542 29-DEC-09     2432301936513100063073          46.10    01-JAN-10
     Sales Draft ANDY'S MARKET           APPLE
VALLEY MN
```

EXHIBIT B

ACTIVE

Chase Bank USA, N.A.                          5█████████08599

NAME: Avery          Christina A.

ADDR 1: 13481 Ellsworth Ct          Home Phone: 651-247-2111

ADDR 2:

CITY..: Saint Paul      MN 55124        X-REF#:      SS#:XXXXX3960

EMPLER:                        /        LINK#:      B/DATE: 10/17/██

| 3/10/10 | Contesting Detail | | Avery | Christin 9 | | CAN |
|---|---|---|---|---|---|---|
| | 3001 5912 06-JAN-10 | 05436840007094152504492 | | 15.58 | 08-JAN-10 | |
| | Sales Draft WALGREENS #9727 | Q03 | APPLE | | | |
| | ██████ ██/██/██ | ████ ████ ██████ | | | | |
| | VALLEY MN | | | | | |
| | 3001 5310 07-JAN-10 | 55483820007310959567956 | | 415.24 | 08-JAN-10 | |
| | Sales Draft WAL-MART | | APPLE | | | |
| | VALLEY MN | | | | | |
| | 7233 4   07-JAN-10 | 34266880115008070852837 | | 3000.00 | 11-JAN-10 | |
| | 87993 CHECK TO CHRISTINA AVERY | | | | | |
| | 3001 5300 09-JAN-10 | 05416010009141016846890 | | 30.35 | 11-JAN-10 | |
| | Sales Draft SAMSCLUB #4736 | | APPLE | | | |
| | VALLEY MN | | | | | |
| | 3001 5921 09-JAN-10 | 55417340010120105233584 | | 23.66 | 11-JAN-10 | |
| | Sales Draft APPLE VALLEY LIQUOR 2 | APPLE | | | | |
| | VALLEY MN | | | | | |
| | 3001 5719 09-JAN-10 | 55434250010274000201202 | | 19.98 | 11-JAN-10 | |
| | Sales Draft BED BATH & BEYOND #651 | 08004 | | | | |
| | 623966 NJ | | | | | |
| | 3006 5310 09-JAN-10 | 55483820009310004627357 | | 48.94 | 11-JAN-10 | |
| | Credit Voucher WAL-MART | | APPLE | | | |
| | VALLEY MN | | | | | |
| | 3001 5310 09-JAN-10 | 55483820009310004627365 | | 23.79 | 11-JAN-10 | |
| 3/10/10 | Contesting Detail | | Avery | Christin 10 | | CAN |
| | Sales Draft WAL-MART | | APPLE | | | |
| | VALLEY MN | | | | | |
| | 0401 6010 11-JAN-10 | 34266880115008070852837 | | 90.00 | 11-JAN-10 | |
| | Debit TRANSACTION FEE | | | | | |
| | 3001 5814 11-JAN-10 | 05140480017200031580503 | | 13.00 | 12-JAN-10 | |
| | Sales Draft MCDONALD'S F5769 | Q17 | ROSEM | | | |
| | OUNT   MN | | | | | |
| | 3001 5651 12-JAN-10 | 05436840013101523081845 | | 71.45 | 14-JAN-10 | |
| | Sales Draft TJMAXX #0379 | | EAGAN | | | |
| | MN | | | | | |
| | 3001 5542 12-JAN-10 | 25536060013102000157472 | | 49.72 | 13-JAN-10 | |
| | Sales Draft PDQ STORES #291 | | APPLE | | | |
| | VALLEY MN | | | | | |
| | 3001 5912 12-JAN-10 | 05436840013101090231344 | | 11.76 | 13-JAN-10 | |
| | Sales Draft WALGREENS #9727 | Q03 | APPLE | | | |
| | VALLEY MN | | | | | |
| | 3001 5310 12-JAN-10 | 05416010012141009075395 | | 120.85 | 13-JAN-10 | |
| | Sales Draft WAL-MART #1786 | | EAGAN | | | |
| | MN | | | | | |
| | 3001 5942 14-JAN-10 | 05436840015103997440190 | | 73.87 | 17-JAN-10 | |
| | Sales Draft BARNES & NOBLE #211Q90 | APPLE | | | | |
| | VALLEY MN | | | | | |
| 3/10/10 | Contesting Detail | | Avery | Christin 11 | | CAN |
| | 3001 5812 14-JAN-10 | 55421350015987117292412 | | 34.71 | 17-JAN-10 | |
| | Sales Draft SONG LONG VIETNAMESE & | APPLE | | | | |
| | VALLEY MN | | | | | |
| | 0108 6010 15-JAN-10 | 10150152700008487062319 | | 21.00 | 15-JAN-10 | |
| | Payment Payment - Thank You | | | | | |

EXHIBIT C

```
3001 5912 15-JAN-10    054368400161048454B3746         54.64    17-JAN-10
     Sales Draft WALGREENS #9727    Q03    APPLE
VALLEY MN
3001 5651 17-JAN-10    0543684001810786830371S         37.66    19-JAN-10
     Sales Draft TJMAXX #0327              BURNS
VILLE   MN
3006 5411 17-JAN-10    0541019001709101268766J         16.06    18-JAN-10
     Credit Voucher TARGET      00023903   APPLE
VALLEY MN
3001 5411 17-JAN-10    0541019001709100929081O        230.47    18-JAN-10
     Sales Draft TARGET         00023903   APPLE
VALLEY MN
3006 5310 17-JAN-10    5548382001731018725440g          6.43    18-JAN-10
     Credit Voucher WAL-MART               APPLE
VALLEY MN
3001 5310 17-JAN-10    554838200173101872544IÁ        150.27    18-JAN-10
     Sales Draft WAL-MART                  APPLE
```

3/10/10  Contesting Detail              Avery      Christin 12              CAN
```
VALLEY MN
3001 5732 17-JAN-10    0541019001729508000099ñ        353.50    18-JAN-10
     Sales Draft BEST BUY       00000083   BURNS
VILLE   MN
3001 5946 19-JAN-10    554328600190004918979?9          6.08    20-JAN-10
     Sales Draft SFI*PHOTOSBYSHUTTERFLY    800-9
86-1065 CA
3001 7399 20-JAN-10    55429500021849505233677         37.50    22-JAN-10
     Sales Draft ST WEARABLES             76338
39376   MN
0803 6010 21-JAN-10                              *      39.00    21-JAN-10
     Debit DECLINED CHECK FEE
0403 6010 21-JAN-10                                     17.01    21-JAN-10
     Purchase Finance Charge PURCHASE *FINANCE CHARGE*
3001 5977 24-JAN-10    55432860024000114183537         71.51    25-JAN-10
     Sales Draft ARBONNE INTERNATIONAL    800-2
72-6663 CA
3006 5411 24-JAN-10    054101900240910126984B9         18.20    25-JAN-10
     Credit Voucher TARGET      00023903   APPLE
VALLEY MN
0440 6010 15-FEB-10                              .     122.00    15-FEB-10
     Auto-Payment AUTOMATIC PAYMENT - THANK YOU
```
3/10/10  Contesting Detail              Avery      Christin 13              CAN
```
0403 6010 21-FEB-10                                     29.78    21-FEB-10
     Purchase Finance Charge PURCHASE INTEREST CHARGE
3001 5812 08-JUL-09    55548691901199930100?0          36.00    10-JUL-09
     Sales Draft PAPA JOHNS #1274.COM      APPLE
VALLEY MN
0108 6010 16-JUL-09    11971972700007476859772         50.00    16-JUL-09
     Payment Payment - Thank You
```

EXHIBIT Q

```
        0440 6010 16-JUL-09                        2490.65    16-JUL-09
             Auto-Payment AUTOMATIC PAYMENT - THANK YOU
        3001 7298 17-JUL-09    5549967919826354106890    20.15    19-JUL-09
             Sales Draft DARQUE TAN CORP OFFICE    08889
        582663  TX
        0374 6010 21-JUL-09    7426685202362400001121  2490.65    21-JUL-09
             Backdated Payment Reversal - not du ACH REFUND
        0108 6010 27-JUL-09    1208208270007598357145  1345.29    27-JUL-09
             Payment Payment - Thank You
        3001 8299 05-AUG-09    8541836921711800100201     17.50    06-AUG-09
             Sales Draft A247CLASS.COM         305-2
        671041  FL
        3001 5968 13-AUG-09    5543286922500002722479     20.00    14-AUG-09
             Sales Draft WPI*PARENTING MAG     800-2
        34-0847 FL
3/10/10 Contesting Detail              Avery     Christin 14            CAN
        0108 6010 14-AUG-09    1226226270007598370767    700.00    14-AUG-09
             Payment Payment - Thank You
        3001 5999 16-AUG-09    5545326922918700044312     20.15    18-AUG-09
             Sales Draft DARQUE TAN            02814
        938094  TX
        0403 6010 21-AUG-09                           13.44    21-AUG-09
             Purchase Finance Charge PURCHASE *FINANCE CHARGE*
        0108 6010 15-SEP-09    1258258270007803271507     20.00    15-SEP-09
             Payment Payment - Thank You
        3001 5999 16-SEP-09    5545326925918700043480     20.23    17-SEP-09
             Sales Draft DARQUE TAN            08889
        582663  TX
        0403 6010 21-SEP-09                            6.86    21-SEP-09
             Purchase Finance Charge PURCHASE *FINANCE CHARGE*
        0108 6010 25-SEP-09    1268268270007917934864    400.00    25-SEP-09
             Payment Payment - Thank You
        3001 5992 02-OCT-09    5543286927500083379270     59.94    02-OCT-09
             Sales Draft Red*Envelope com      877-7
        33-3683 CA
        0108 6010 03-OCT-09    1276276270007973526698    383.12    04-OCT-09
             Payment Payment - Thank You
        3001 5964 13-OCT-09    5543286928600047634158    117.24    14-OCT-09
3/10/10 Contesting Detail              Avery     Christin 15            CAN
             Sales Draft GRWNG FMLY FIRST FOTO  800-7
        07-1077 MO
        3001 5999 16-OCT-09    5545326928918700049537     20.23    18-OCT-09
             Sales Draft DARQUE TAN            08889
        582663  TX
        0403 6010 21-OCT-09                            1.50    21-OCT-09
             Purchase Finance Charge PURCHASE *FINANCE CHARGE*
        3001 8042 03-NOV-09    5554750930812330701014    325.38    05-NOV-09
             Sales Draft YANKEE EYE CLINIC      EAGAN
```

EXHIBIT C

```
            MN
     3001 5719 10-NOV-09   55432869314000241006197        110.33    10-NOV-09
         Sales Draft POTTERY BARN KIDS E-CO    800-2
90-8181 CA
     0108 6010 13-NOV-09   13173172700008170423492        164.35    13-NOV-09
         Payment Payment - Thank You
     3001 5999 16-NOV-09   55453269320187000414826         20.23    17-NOV-09
         Sales Draft DARQUE TAN              08889
582663 TX
     3001 7230 16-NOV-09   85134259321900013341443        113.71    18-NOV-09
         Sales Draft SALON ONYX LLC          LAKEV
ILLE   MN
     3001 742 19-NOV-09    55547509323123323010029        201.78    20-NOV-09
3/10/10 Contesting Detail              Avery   Christin 16         CAN
         Sales Draft CLIFF LAKE VETERINARY   EAGAN
     MN
     3001 8011 25-NOV-09   55429509329849713376060         59.99    27-NOV-09
         Sales Draft JMSONTERRE              65159
25040  MN
     3001 5946 03-DEC-09   55432869337000001461262          7.33    04-DEC-09
         Sales Draft SFI*PHOTOSBYSHUTTERFLY    800-9
86-1065 CA
     3001 5968 06-DEC-09   55432869340000521150002         28.89    07-DEC-09
         Sales Draft NFI*WWW.NETFLIX.COM/CC   NETFL
IX.COM CA
     3001 5812 07-DEC-09   55421359342987130994379         34.71    09-DEC-09
         Sales Draft SONG LONG VIETNAMESE &   APPLE
 VALLEY MN
     3001 5946 07-DEC-09   55432869341000688456977         18.03    08-DEC-09
         Sales Draft SFI*PHOTOSBYSHUTTERFLY    800-9
86-1065 CA
     3001 7349 08-DEC-09   55480779342286358200016        125.72    09-DEC-09
         Sales Draft MAID FOR A DAY HOUSE C   05528
313510 MN
     3001 5631 09-DEC-09   85174993343000041373828         76.59    10-DEC-09
         Sales Draft PD JEWLR-- Mary Peter    952-9
3/10/10 Contesting Detail              Avery   Christin 17         CAN
972562 MN
     3001 5300 09-DEC-09   05416019343141015220325         97.44    10-DEC-09
         Sales Draft SAMSCLUB #4736          APPLE
 VALLEY MN
     3006 5946 11-DEC-09   55432869345000415806755         18.03    13-DEC-09
         Credit Voucher SFI*PHOTOSBYSHUTTERFLY  800-9
86-1065 CA
     3001 5814 14-DEC-09   05410199349835310630654         43.14    16-DEC-09
         Sales Draft PIZZA H013820 48238QPS   ROSEM
OUNT   MN
     3001 8299 14-DEC-09   55480779348207099200697         79.88    15-DEC-09
```

EXHIBIT C

```
          Sales Draft TOYS TO GROW ON         CARSO
    N    CA
    3001 5964 15-DEC-09    5543286934900014006O26O        14.24    16-DEC-09
          Sales Draft COLLECTIONS ETC., INC.    620-5
    84-8000 IL
    3001 5969 15-DEC-09    5554186935000105486910        35.55    17-DEC-09
          Sales Draft KMART.COM    7840    800-6
    76-5543 IL
    0440 6010 16-DEC-09                                  14.00    16-DEC-09
          Auto-Payment AUTOMATIC PAYMENT - THANK YOU
    3006 7298 16-DEC-09    5545326935120700082001 2       262.19   17-DEC-09
3/10/10 Contesting Detail                   Avery     Christin 18          CAN
          Credit Voucher DARQUE TAN CORP OFFICE    02814
    938094  TX
    3001 5311 21-DEC-09    254138993569028332513 74        87.04    23-DEC-09
          Sales Draft JCPENNEY STORE 0030        BURNS
    VILLE    MN
    0403 6010 21-DEC-09                                   8.93    21-DEC-09
          Purchase Finance Charge PURCHASE *FINANCE CHARGE*
    3001 5311 22-DEC-09    254138993579028356366 21        25.00    24-DEC-09
          Sales Draft JCPENNEY STORE 0030        BURNS
    VILLE    MN
    3001 5311 22-DEC-09    254138993579028356366 13        42.84    24-DEC-09
          Sales Draft JCPENNEY STORE 0030        BURNS
    VILLE    MN
    3001 5411 29-DEC-09    0541019936309100770130 6        78.93    30-DEC-09
          Sales Draft TARGET        00006437    APPLE
      VALLEY MN
                                                                  SSK
```



```
FWD  County: US
```

EXHIBIT C