# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: Christina A Avery<br>Debtor(s) | Case No.: 10–31356<br>Chapter 7 |
| Chase Bank USA, N.A.<br>Plaintiff | Adv. Proc. No. 10–03108 |
| v. | |
| Christina A Avery<br>Defendant | |

A lawsuit has been started against you. You have been or will be served with a Summons and Complaint. If the plaintiff is successful, or you do not respond in time, you could end up owing money to the plaintiff, even though you may have received a discharge.

You should consult your attorney as soon as possible, unless you wish to represent yourself. If you are unable to afford an attorney, you may contact:

> Bankruptcy Adversary Proceeding (BAP) Coordinator
> Volunteer Lawyers Network
> (612)752–6677

You will be screened for eligibility and if it is determined that you are eligible, an attorney may be found who will represent you without payment of attorney's fees.

You may also obtain bankruptcy–related advice through the Bankruptcy Advice Clinic, a free service under which low income Minnesota residents contemplating bankruptcy, as well as pro se debtors and creditors already involved in pending bankruptcy cases and adversary proceedings, can receive up to 15 minutes of basic information and advice from a bankruptcy attorney. The Clinics are available on a bi–weekly basis in Minneapolis and St. Paul. For more information and a complete schedule, see www.mnb.uscourts.gov.

Dated: 6/1/10

Lori Vosejpka
Clerk, United States Bankruptcy Court


By: anital
Deputy Clerk


**mnbprbo** 03/03/2005 – kb